**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

DAVID WATKINS,
*et al.*,

        Plaintiffs,

v.

                                       Civil Action No. 1:21-cv-00192 (JFA)

OVERSTOCK.COM INC.; *et al.*,

        Defendants.

**ORDER**

THIS MATTER is before the Court on Plaintiffs Marcia Watkins and David Watkins'
(Docket No. 173)
Motion to Seal in their entirety the following: 1) Plaintiffs Marcia Watkins and David Watkins'

Motion for Approval of Settlement of Personal Injury Claim of Infant Plaintiffs, including the

proposed Order attached thereto; 2) Plaintiffs Marcia Watkins and David Watkins' Memorandum

in Support of Motion for Approval of Settlement of Personal Injury Claim of Infant Plaintiffs,

including Exhibits 1 and 2 thereto; and 3) any Order entered by this Court in regards to the

Plaintiffs Watkins' Motion for Approval of Settlement of Personal Injury Claim of Infant Plaintiffs

(hereinafter, the "Proposed Sealed Documents").

Upon consideration of the Motion to Seal, such Motion to Seal is GRANTED.

Before granting a motion to file under seal, the Court must: "(1) provide public notice of

the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less

drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings

supporting its decision to seal the documents and for rejecting the alternatives." *Ashcroft v.

Conoco, Inc.,* 218 F.3d 288, 302 (4th Cir. 2000).

- 1 -

The Court finds that public notice of the request to seal has been provided and that interested parties have had a reasonable opportunity to object thereto. The Court further finds that the Proposed Sealed Documents contain non-public, confidential, and commercially-sensitive information, involving, among other things, a minor. In addition, the Court finds that the public's interest in access to such information is outweighed by the interests in preserving the confidentiality of such material. Finally, the Court finds that sealing the Proposed Sealed Documents is the least drastic alternative that will appropriately preserve such interests. Accordingly, pursuant to Local Civil Rule 5, the Court PROVIDES the parties with leave to file under seal the Proposed Sealed Documents. The Court DIRECTS that same shall be maintained under seal until further order of the Court. The Clerk is REQUESTED to transmit copies of the Order to all counsel of record. IT IS SO ORDERED.

/s/

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia
October 31, 2022

- 2 -